CITY OF CLEVELAND, Appellee,

v.

ABRAITIS, Appellant.

[Cite as *Cleveland v. Abraitis* (2001), 146 Ohio App.3d 306.]

Court of Appeals of Ohio,
Eighth District, Cuyahoga County.

No. 78110.

Decided Oct. 10, 2001.

*Lauren C. Moore,* Chief Prosecutor, for appellee.

*Sarunas Abraitis, pro se.*

TERRENCE O'DONNELL, Judge.

Sarunas Abraitis appeals from a final judgment of conviction entered on April 12, 2000. Appellant filed a motion for reconsideration on April 14, 2000, which the trial court denied on May 15, 2000. Subsequently, on May 31, 2000, appellant filed a notice of appeal.

A motion for reconsideration is not provided for in the Rules of Criminal Procedure and is therefore a nullity and does not suspend the time for filing a notice of appeal. Accord, *e.g., In re Grand Jury* (June 1, 1995), Washington App. Nos. 93CA09 and 93CA10, 93CA12, unreported, 1995 WL 365386; *State v. Marini* (June 29, 1998), Tuscarawas App. Nos. 97 AP 020016 and 97 AP 120082, unreported, 1998 WL 429884; see, also, *Pitts v. Ohio Dept. of Transp.* (1981), 67 Ohio St.2d 378, 379–381, 21 O.O.3d 238, 423 N.E.2d 1105. Therefore, appellant has failed to file a timely notice of appeal pursuant to App.R. 4(A).

*Appeal dismissed.*

JAMES D. SWEENEY, P.J., and ANN DYKE, J., concur.